AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| ANTHONY SILVESTER, III <br> *Plaintiff* <br> v. <br> JAMES I. DAVIS, et al. <br> *Defendant* | ) ) ) ) ) Civil Action No. 1:12CV136 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Irene M. Keeley on a motion for Dismissal. The Court grants Haddix's Motion to Dismiss the Amended Complaint and dismisses Silvester's complaint against Defendants Haddix and Davis without prejudice.

Date: 04/17/2013

*CLERK OF COURT*

/s/ Carole Daniels, Deputy Clerk

*Signature of Clerk or Deputy Clerk*